IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SUPER 8 SEYMOUR,<br><br>  Defendant. | Civil Action No.: 1:13-cv-511-WTL-DML<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Comes Now Plaintiff, through Counsel, for his Notice of Dismissal and states:

1. Pursuant to Fed. R. 41(a)(1)(A), Plaintiff now voluntarily dismisses this action.

2. Defendant has not filed a responsive pleading.

Respectfully submitted,

**The Frasher Law Firm, P.C.**

By:    *s/ Ryan Frasher*

Ryan Frasher, Esq.
**THE FRASHER LAW FIRM, P.C.**
155 E. Market Street, Ste. 450
Indianapolis, IN 46204
(317) 634-5544 – telephone
(317) 630-4824 – facsimile
email: rfrasher@frasherlaw.com

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244

(972) 934-4100 – telephone
(972) 934-4101 – facsimile
e-mail: eric@travislaw.com

**ATTORNEYS FOR PLAINTIFF AND
PROPOSED CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 13th day of November, 2014, the below counsel of record or pre se defendant will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, or other allowable means. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail.


Super 8 Seymour
c/o Highest Ranking Officer
401 Outlet Blvd.
Seymour, IN 47274